**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lonnie Sorrell, | No. CV-25-02890-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Veterans Affairs, et al., | |
| Defendants. | |

Before the Court is Plaintiff Lonnie Sorrell's ("Sorrell") Motion to Voluntarily Dismiss Case under Rule 41(a)(1). (Doc. 17).

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal under Rule 41(a)(1) may be achieved by filing a notice of dismissal; a motion is not required. *Waetzig v. Halliburton Energy Servs., Inc.*, 604 U.S. 305, 307–08 (2025). *See also Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (voluntary dismissal under 41(a)(1) is effective upon filing and no court order is needed).

Here, Defendant has not filed an answer or a motion for summary judgment. As such, Sorrell may voluntarily dismiss this matter under Rule 41(a)(1).

Accordingly,

**IT IS ORDERED** that Sorrell's Motion to Voluntarily Dismiss Case (Doc. 17) is **granted** and this matter shall be **dismissed, without prejudice**. The Clerk of Court is

kindly directed to terminate this matter.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim (Doc. 10) and Sorrell's Motion to Amend/Correct Complaint (Doc. 13) are **terminated as moot.**

Dated this 9th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge